448 F.2d 775
 Robert L. HOLLEY, Plaintiff-Appellant,
v.
UNITED STATES of America, and Bulk Transport, Inc.,
Defendants-Appellees.
 No. 71-2083 Summary Calendar.**
 United States Court of Appeals,
Fifth Circuit.
 Oct. 1, 1971.
 
 Ross Diamond, III, Mobile, Ala., Diamond & Lattof, Mobile, Ala., of counsel, for plaintiff-appellant.
 Oliver J. Latour, Jr., Mobile, Ala., for Bulk Transport.
 C. S. White-Spunner, Jr., U. S. Atty., Mobile, Ala., Hamilton, Butler, Riddick & Latour, Mobile, Ala., for defendant-appellee.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.1a
 
 
 **
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409
 1a See N.L.R.B. v. Amalgamated Clothing Workers of America, 5th Cir., 1970, 430 F.2d 966.